**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

TIME FOR THREE, LLC, *a Pennsylvania Limited* :
*Liability Corporation*; FOOSEAOKE LLC, *a* :
*California Corporation, on behalf of themselves and*:
*all others similarly situated, d/b/a* S'MORE :
ENTERTAINMENT, :

               Plaintiffs, :

      -against- :

ENTERTAINMENT ONE GP LLC, *d/b/a* E1 :
ENTERTAINMENT *and/or* KOCH :
ENTERTAINMENT; ENTERTAINMENT ONE :
U.S. LP, , *d/b/a* E1 ENTERTAINMENT *and/or* :
KOCH ENTERTAINMENT, :

              Defendants. :

------------------------------------- x

<u>ORDER</u>

17 Civ. 329 (GBD)



GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached agreement on all issues in

this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without

prejudice to restoring the action to this Court's docket if an application to restore is made within

thirty (30) days.

All conferences previously scheduled are adjourned *sine die*.

Dated: February 6, 2020
      New York, New York

                      SO ORDERED.

                    *George B. Daniels*
                    GEORGE B. DANIELS
                    United States District Judge