

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIME FOR THREE, LLC, a Pennsylvania limited liability corporation, FOOSEAOKE LLC dba S'MORE ENTERTAINMENT, a California Corporation, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ENTERTAINMENT ONE GP LLC, dba E1 ENTERTAINMENT and/or KOCH ENTERTAINMENT, a New York limited partnership; ENTERTAINMENT ONE U.S. LP, dba E1 ENTERTAINMENT and/or KOCH ENTERTAINMENT, a New York limited partnership,<br><br>Defendants. | Case No. 1:17-cv-00329 (GBD) |

## STIPULATION OF DISMISSAL

Plaintiffs TIME FOR THREE, LLC, LLC and FOOSEAOKE LLC, and Defendants ENTERTAINMENT ONE GP LLC and ENTERTAINMENT ONE U.S. LP by and through their attorneys, hereby stipulate that all claims asserted in the above-captioned matter are dismissed as to all defendants, with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

930606.1

The parties shall bear their own costs and attorneys' fees.

Dated: May 29 , 2020

| DANIEL J. AARON, PC | PEARSON, SIMON & WARSHAW, LLP |
|---|---|
| By: s/Daniel J. Aaron, Esq. | By: *[signature]* |
| Daniel J. Aaron, Esq.<br>750 Third Avenue, Suite 1006<br>New York, New York 10017<br>Tel: 212.684.4466<br>daaron@earthlink.net | Daniel L. Warshaw, Esq.<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, California 91403<br>(818) 205-2805<br>dwarshaw@pswlaw.com |
| *Attorneys for Defendants*<br>*ENTERTAINMENT ONE GP LLC*<br>*ENTERTAINMENT ONE U.S. LP* | *Attorneys for Plaintiffs*<br>*TIME FOR THREE, LLC, LLC and*<br>*FOOSEAOKE LLC* |

*SO ORDERED:* [JUN 0 1 2020]

*[signature]*

George B. Daniels U.S. District Judge